| COURTROOM DEPUTY MINUTES | DATE: 8/30/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1:08 - 1:11 |

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ103-CSC**     DEFT. NAME: **DARNEZ HERRING**

USA: **TODD BROWN**     ATTY: **ROBERT ILLMAN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In-only

USPTSO/USPO: **RON THWEATT**

Defendant ___ does ✓ does NOT need an interpreter;
Interpreter present ✓ NO ___ YES     NAME: _____

- ✓ Kars.     Date of Arrest **8/30/05**     or  ☐ karsr40
- ✓ kia.      Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.    Deft. First Appearance with Counsel
- ☐          Deft. First Appearance without Counsel
- ✓          Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ finaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ✓          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ✓ kdmhrg.   Detention Hearing ☐ held; ✓ set for **9/2/05 @ 1:00 P.M.**
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐BOND EXECUTED (M/D AL charges) $ _____. Deft released (kloc LR)
              ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ✓          Preliminary Hearing ✓ Set for **9/2/05** at **1:00 P.M.**
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr.    ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
              ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
              DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed.