| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| ❒ INITIAL APPEARANCE | DATE: September 2, 2005 |
| ❒ BOND HEARING | |
| √ DETENTION HEARING | Digital Recording 10:00 - 10:16 |
| √ PRELIMINARY EXAMINATION | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Charles S. Coody   **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj103-C   **DEFENDANT NAME:** Darnez Herring

**AUSA:** Todd Brown   **DEFT. ATTY:** Donnie Bethel

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| ❒ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |